| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Johnny F Cabrera<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8229<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lorena Gutierrez<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5696<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  18–16325–RG | | |

## Order of Discharge                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Johnny F Cabrera                                      Lorena Gutierrez

  3/31/23                                               **By the court:** Rosemary Gambardella
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
    obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-16325-RG |
| Johnny F Cabrera | Chapter 13 |
| Lorena Gutierrez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 31, 2023 | Form ID: 3180W | Total Noticed: 75 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Johnny F Cabrera, Lorena Gutierrez, 429 9th Street, Carlstadt, NJ 07072-1212 |
| aty | + | Andrea Visgilio-McGrath, 1211 Hamburg Tpke, Ste 217, Wayne, NJ 07470-5040 |
| cr | + | CAB East LLC, serviced by Ford Motor Credit Compan, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 517426011 | + | Encore, POBOX 3330, Olathe, KS 66063-3330 |
| 517426015 | + | Hackensack University Medical Center, 30 Prospect Ave, Hackensack, NJ 07601-1915 |
| 517451579 | + | Hackensack University Medical Center, Andrea Visgillo-McGrath, Esq., 1211 Hamburg Tpke. Ste. 217, Wayne, New Jersey 07470-5040 |
| 517426020 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, New Century Financial Services Inc., 16 Wing Drive, 1st Floor, Cedar Knolls, NJ 07927 |
| 517426024 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 517426037 | + | Veronica Cabrera, 212 Belmount Avenue, Haledon, NJ 07508-1481 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 31 2023 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 31 2023 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517425991 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 31 2023 20:29:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 517449622 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 31 2023 20:29:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517425993 | + | EDI: BANKAMER.COM | Apr 01 2023 00:22:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 517425992 | + | EDI: BANKAMER.COM | Apr 01 2023 00:22:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517578181 | + | EDI: BANKAMER2.COM | Apr 01 2023 00:22:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517425995 | + | EDI: TSYS2 | Apr 01 2023 00:22:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517425994 | + | EDI: TSYS2 | Apr 01 2023 00:22:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517425998 | | EDI: CAPITALONE.COM | | |

| | | | | |
|---|---|---|---|---|
| District/off: 0312-2 | | User: admin | | Page 2 of 5 |
| Date Rcvd: Mar 31, 2023 | | Form ID: 3180W | | Total Noticed: 75 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517425997 | + | EDI: CAPITALONE.COM | Apr 01 2023 00:22:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| | | | Apr 01 2023 00:22:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517425999 | + | Email/Text: bankruptcy@certifiedcollection.com | Mar 31 2023 20:29:00 | Certified Credit & Collection Bureau, PO BOX 336, Raritan, NJ 08869-0336 |
| 517426004 | + | EDI: CITICORP.COM | Apr 01 2023 00:22:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517426003 | + | EDI: CITICORP.COM | Apr 01 2023 00:22:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517426006 | + | EDI: WFNNB.COM | Apr 01 2023 00:22:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 517426005 | + | EDI: WFNNB.COM | Apr 01 2023 00:22:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517580009 | + | EDI: WFNNB.COM | Apr 01 2023 00:22:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517426007 | + | EDI: WFNNB.COM | Apr 01 2023 00:22:00 | Comenitybank/New York, AttN: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517426008 | + | EDI: WFNNB.COM | Apr 01 2023 00:22:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 517426009 | + | EDI: CONVERGENT.COM | Apr 01 2023 00:22:00 | Convergent Outsourcing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 517426010 | + | EDI: CONVERGENT.COM | Apr 01 2023 00:22:00 | Convergent Outsourcing, Inc, 800 Sw 39th St, Renton, WA 98057-4927 |
| 517532068 | + | EDI: CITICORP.COM | Apr 01 2023 00:22:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517426038 | + | EDI: CITICORP.COM | Apr 01 2023 00:22:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517426039 | + | EDI: CITICORP.COM | Apr 01 2023 00:22:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517984739 | | EDI: Q3G.COM | Apr 01 2023 00:22:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517558199 | + | EDI: AIS.COM | Apr 01 2023 00:22:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517426012 | ^ | MEBN | Mar 31 2023 20:27:02 | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 517426013 | ^ | MEBN | Mar 31 2023 20:27:47 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 517433850 | | Email/Text: EBNBKNOT@ford.com | Mar 31 2023 20:29:00 | FORD MOTOR CREDIT COMPANY LLC, DEPT. 55953, PO BOX 55000, DETROIT, MI. 48255-0953 |
| 517426014 | + | Email/Text: EBNBKNOT@ford.com | Mar 31 2023 20:29:00 | Frd Motor Cr, Po Box Box 542000, Omaha, NE 68154-8000 |
| 517426016 | | EDI: IRS.COM | Apr 01 2023 00:22:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517426000 | | EDI: JPMORGANCHASE | Apr 01 2023 00:22:00 | Chase Card Service, PO BOX 94014, Palatine, IL 60094 |
| 517426001 | | EDI: JPMORGANCHASE | Apr 01 2023 00:22:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |

Case 18-16325-RG    Doc 58    Filed 04/02/23    Entered 04/03/23 00:14:31    Desc Imaged
                              Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 31, 2023 | Form ID: 3180W | Total Noticed: 75 |

| | | | | |
|---|---|---|---|---|
| 517426002 | | EDI: JPMORGANCHASE | Apr 01 2023 00:22:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517577957 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2023 20:40:39 | LVNV Funding LLC C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517426019 | | Email/Text: camanagement@mtb.com | Mar 31 2023 20:29:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 517426018 | | Email/Text: camanagement@mtb.com | Mar 31 2023 20:29:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 517566204 | | Email/Text: camanagement@mtb.com | Mar 31 2023 20:29:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517572285 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 31 2023 20:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517426023 | | EDI: PRA.COM | Apr 01 2023 00:22:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 517426022 | | EDI: PRA.COM | Apr 01 2023 00:22:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 517576425 | | EDI: PRA.COM | Apr 01 2023 00:22:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517437900 | | EDI: PRA.COM | Apr 01 2023 00:22:00 | Portfolio Recovery Associates, LLC, c/o Justice, POB 41067, Norfolk VA 23541 |
| 517543135 | | EDI: PRA.COM | Apr 01 2023 00:22:00 | Portfolio Recovery Associates, LLC, c/o Rci Elite Rewards, POB 41067, Norfolk VA 23541 |
| 517576420 | | EDI: PRA.COM | Apr 01 2023 00:22:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517426021 | + | EDI: RMSC.COM | Apr 01 2023 00:22:00 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 517558326 | | EDI: Q3G.COM | Apr 01 2023 00:22:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517565309 | | EDI: Q3G.COM | Apr 01 2023 00:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517426026 | + | EDI: RMSC.COM | Apr 01 2023 00:22:00 | SYNCB/BRMart, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517426025 | + | EDI: RMSC.COM | Apr 01 2023 00:22:00 | SYNCB/BRMart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518140366 | + | Email/Text: bncmail@w-legal.com | Mar 31 2023 20:29:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140367 | + | Email/Text: bncmail@w-legal.com | Mar 31 2023 20:29:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517426027 | | EDI: RMSC.COM | Apr 01 2023 00:22:00 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 517429385 | + | EDI: RMSC.COM | Apr 01 2023 00:22:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517426028 | + | EDI: RMSC.COM | Apr 01 2023 00:22:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517426029 | + | EDI: RMSC.COM | Apr 01 2023 00:22:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517426030 | + | EDI: RMSC.COM | | |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 31, 2023 | Form ID: 3180W | Total Noticed: 75 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 01 2023 00:22:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517426031 | + | EDI: RMSC.COM | | |
| | | | Apr 01 2023 00:22:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517426032 | + | EDI: RMSC.COM | | |
| | | | Apr 01 2023 00:22:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517426033 | + | EDI: RMSC.COM | | |
| | | | Apr 01 2023 00:22:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 517426034 | + | EDI: RMSC.COM | | |
| | | | Apr 01 2023 00:22:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517426035 | + | EDI: RMSC.COM | | |
| | | | Apr 01 2023 00:22:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517426036 | ^ | MEBN | | |
| | | | Mar 31 2023 20:27:44 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 517426040 | + | EDI: WFFC2 | | |
| | | | Apr 01 2023 00:22:00 | WFFNB/Bobs Discount Furniture, Po Box 10438, Des Moines, IA 50306-0438 |
| 517426041 | + | EDI: WFFC.COM | | |
| | | | Apr 01 2023 00:22:00 | WFFNB/Bobs Discount Furniture, Po Box 94498, Las Vegas, NV 89193-4498 |
| 517532988 | | EDI: WFFC2 | | |
| | | | Apr 01 2023 00:22:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 66

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517425996 | | Cap1/bstby |
| 517426017 | | International Escrow Agency, Inc. |
| 517425990 | ##+ | Allied Interstate LLC, 7525 West Campus Road, New Albany, OH 43054-1121 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | |

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Mar 31, 2023 | Form ID: 3180W | Total Noticed: 75 |

on behalf of Creditor CAB East LLC  serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Marie-Ann Greenberg

magecf@magtrustee.com

Phillip Andrew Raymond

on behalf of Creditor M&T BANK phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Scott E. Tanne

on behalf of Debtor Johnny F Cabrera ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

Scott E. Tanne

on behalf of Joint Debtor Lorena Gutierrez ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7