Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.: 18−16325−RG
                      Chapter:  13
                      Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Johnny F Cabrera | Lorena Gutierrez |
| 429 9th Street | 429 9th Street |
| Carlstadt, NJ 07072 | Carlstadt, NJ 07072 |

Social Security No.:
  xxx−xx−8229                                     xxx−xx−5696

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 2, 2023</u>             <u>Rosemary Gambardella</u>
                                        Judge, United States Bankruptcy Court